## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| K-C International, LLC d/b/a Ekman Recycling, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>Michael Arcieri,<br><br>    Defendant. | Civil Action No.<br><br>**STATEMENT PURSUANT TO LOCAL CIV. R. 7.1.1** |

Pursuant to Local Civ. R. 7.1.1, plaintiff K-C International, LLC d/b/a Ekman Recycling, a Delaware Limited Liability Company, states that there is no third-party providing funding for some or all of the attorneys' fees and expenses for these Plaintiffs on a non-recourse basis in exchange for: (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

2

Respectfully Submitted,

**K&L GATES LLP**
Attorneys for Plaintiff
K-C International, LLC d/b/a Ekman Recycling, a Delaware Limited Liability Company

By: /s/ George P. Barbatsuly

George Barbatsuly, Esq.
One Newark Center, 10th Fl.
Newark, New Jersey 07102
Telephone: (973) 848-4000
Email: george.barbatsuly@klgates.com

Dated: July 29, 2021